*Exhibit A*

US009762639B2

(12) **United States Patent**
McGowan et al.

(10) **Patent No.:**  **US 9,762,639 B2**
(45) **Date of Patent:**  *****Sep. 12, 2017**

(54) **DYNAMIC MANIFEST GENERATION BASED ON CLIENT IDENTITY**

(71) Applicant: **BRIGHTCOVE INC.**, Boston, MA (US)

(72) Inventors: **Albert John McGowan**, Phoenix, AZ (US); **Michael M. Gordon**, Paradise Valley, AZ (US)

(73) Assignee: **Brightcove Inc.**, Boston, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/337,865**

(22) Filed: **Oct. 28, 2016**

(65) **Prior Publication Data**

US 2017/0142180 A1    May 18, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/918,368, filed on Oct. 20, 2015, now Pat. No. 9,485,293, which
(Continued)

(30) **Foreign Application Priority Data**

Jun. 30, 2010    (AU) ................................ 2010202741

(51) **Int. Cl.**
| | | |
|---|---|---|
| *G06F 15/16* | (2006.01) | |
| *H04L 29/06* | (2006.01) | |
| *G06Q 30/02* | (2012.01) | |

(52) **U.S. Cl.**
CPC ....... *H04L 65/602* (2013.01); *G06Q 30/0277* (2013.01); *H04L 65/4084* (2013.01)

(58) **Field of Classification Search**
CPC .............. H04L 65/60; H04N 21/23424; H04N 21/44016; H04N 21/812
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,612,742 | A | 3/1997 | Krause et al. |
| 5,887,243 | A | 3/1999 | Harvey et al. |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2010202740 | B1 | 6/2010 |
| AU | 2010202782 | B1 | 7/2010 |
(Continued)

OTHER PUBLICATIONS

Australian Patent Office, Examiner's First Report on Patent Application No. 2010202740 for Unicorn Media, Inc., dated Aug. 10, 2010, 3 pages.
(Continued)

*Primary Examiner* — Tauqir Hssain

(74) *Attorney, Agent, or Firm* — Kilpatrick, Townsend & Stockton LLP

(57) **ABSTRACT**

Timestamps for streams of media that transition from one media source to another (such as from live content to on-demand content, and vice versa) can be rewritten by a server to help ensure error-free streaming by the client. Embodiments can coordinate the creation of a client manifest with the dynamic creation of a requested segment of media (i.e., "chunk") to determine how to rewrite timestamps of requested chunks such that they are continuous through the transition.

**20 Claims, 8 Drawing Sheets**



## US 9,762,639 B2
Page 2

### Related U.S. Application Data

is a continuation of application No. 14/086,801, filed on Nov. 21, 2013, now Pat. No. 9,197,688, application No. 15/337,865, which is a continuation-in-part of application No. 13/339,680, filed on Dec. 29, 2011, now abandoned, which is a continuation-in-part of application No. 13/245,372, filed on Sep. 26, 2011, now abandoned, application No. 15/337,865, which is a continuation-in-part of application No. 13/791,789, filed on Mar. 8, 2013, which is a continuation-in-part of application No. 13/624,029, filed on Sep. 21, 2012, now Pat. No. 8,645,504, which is a continuation of application No. 13/430,081, filed on Mar. 26, 2012, now Pat. No. 8,301,733, which is a continuation-in-part of application No. 12/976,883, filed on Dec. 22, 2010, now Pat. No. 8,145,782.

(60) Provisional application No. 61/884,709, filed on Sep. 30, 2013.

(58) **Field of Classification Search**
USPC ......................................................... 709/232
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,370,199 | B1 | 4/2002 | Bock et al. |
| 6,505,169 | B1 | 1/2003 | Bhagavath et al. |
| 6,678,332 | B1 | 1/2004 | Gardere et al. |
| 6,792,047 | B1 | 9/2004 | Bixby et al. |
| 6,792,618 | B1 | 9/2004 | Bendinelli et al. |
| 6,912,315 | B1 | 6/2005 | Wong et al. |
| 7,096,481 | B1 | 8/2006 | Forecast et al. |
| 7,116,894 | B1 | 10/2006 | Chatterton |
| 7,203,758 | B2 | 4/2007 | Cook et al. |
| 7,788,581 | B1 | 8/2010 | Bauermeister |
| 7,827,298 | B2 | 11/2010 | Black et al. |
| 7,877,511 | B1 | 1/2011 | Berger et al. |
| 7,925,549 | B2 | 4/2011 | Looney et al. |
| 7,925,774 | B2 | 4/2011 | Zhang et al. |
| 7,925,849 | B2 | 4/2011 | Izumi |
| 7,958,007 | B2 | 6/2011 | Urbanski et al. |
| 7,992,165 | B2 | 8/2011 | Ludewig et al. |
| 7,996,566 | B1 | 8/2011 | Sylvain et al. |
| 8,027,787 | B2 | 9/2011 | Odinak et al. |
| 8,027,876 | B2 | 9/2011 | Taylor |
| 8,099,473 | B2 | 1/2012 | Biderman et al. |
| 8,145,782 | B2 | 3/2012 | McGowan et al. |
| 8,165,343 | B1 | 4/2012 | McGowan |
| 8,218,651 | B1 | 7/2012 | Eshet et al. |
| 8,239,546 | B1 | 8/2012 | McGowan |
| 8,250,617 | B2 | 8/2012 | Hensgen et al. |
| 8,301,733 | B2 | 10/2012 | McGowan |
| 8,327,013 | B2 | 12/2012 | McGowan et al. |
| 8,386,630 | B1 | 2/2013 | Atzmon |
| 8,862,754 | B2 | 10/2014 | McGowan |
| 8,954,540 | B2 | 2/2015 | McGowan et al. |
| 9,112,939 | B2 | 8/2015 | Johnson |
| 9,197,688 | B2 | 11/2015 | McGowan et al. |
| 9,240,922 | B2 | 1/2016 | McGowan |
| 9,485,293 | B1 | 11/2016 | McGowan et al. |
| 2001/0029525 | A1 | 10/2001 | Lahr |
| 2002/0029282 | A1 | 3/2002 | Buddhikot et al. |
| 2002/0046404 | A1 | 4/2002 | Mizutani |
| 2002/0073084 | A1 | 6/2002 | Kauffman et al. |
| 2002/0104096 | A1 | 8/2002 | Cramer et al. |
| 2002/0122430 | A1 | 9/2002 | Haberman et al. |
| 2002/0144262 | A1 | 10/2002 | Plotnick et al. |
| 2002/0150239 | A1 | 10/2002 | Carny et al. |
| 2003/0004804 | A1 | 1/2003 | Landsman et al. |
| 2003/0018966 | A1* | 1/2003 | Cook ..................... H04N 7/165 725/2 |
| 2003/0229900 | A1 | 12/2003 | Reisman |

| | | | |
|---|---|---|---|
| 2004/0022391 | A1 | 2/2004 | O'Brien |
| 2004/0268384 | A1 | 12/2004 | Stone |
| 2005/0060229 | A1 | 3/2005 | Riedl et al. |
| 2005/0076368 | A1 | 4/2005 | Lee |
| 2005/0151859 | A1 | 7/2005 | Kuriyama et al. |
| 2005/0163229 | A1 | 7/2005 | Okada et al. |
| 2005/0193205 | A1 | 9/2005 | Jacobs et al. |
| 2005/0207569 | A1 | 9/2005 | Zhang et al. |
| 2005/0209927 | A1 | 9/2005 | Aaltonen et al. |
| 2006/0015637 | A1 | 1/2006 | Chung |
| 2006/0075449 | A1 | 4/2006 | Jagadeesan et al. |
| 2006/0114985 | A1 | 6/2006 | Linzer |
| 2006/0122882 | A1 | 6/2006 | Brown et al. |
| 2006/0129907 | A1 | 6/2006 | Volk et al. |
| 2006/0184410 | A1 | 8/2006 | Ramamurthy et al. |
| 2006/0288112 | A1 | 12/2006 | Soelberg et al. |
| 2007/0038567 | A1 | 2/2007 | Allaire et al. |
| 2007/0053513 | A1 | 3/2007 | Hoffberg |
| 2007/0078712 | A1 | 4/2007 | Ott, IV et al. |
| 2007/0094082 | A1 | 4/2007 | Yruski et al. |
| 2007/0162571 | A1 | 7/2007 | Gupta et al. |
| 2007/0168542 | A1 | 7/2007 | Gupta et al. |
| 2007/0198416 | A1 | 8/2007 | Ye |
| 2007/0204310 | A1 | 8/2007 | Hua et al. |
| 2007/0233891 | A1 | 10/2007 | Luby et al. |
| 2007/0255618 | A1 | 11/2007 | Meerbergen et al. |
| 2007/0294100 | A1 | 12/2007 | Chen et al. |
| 2007/0299870 | A1 | 12/2007 | Finch |
| 2008/0005349 | A1 | 1/2008 | Li et al. |
| 2008/0059310 | A1 | 3/2008 | Lettow et al. |
| 2008/0091845 | A1 | 4/2008 | Wills et al. |
| 2008/0141027 | A1 | 6/2008 | Kim et al. |
| 2008/0195761 | A1 | 8/2008 | Jabri et al. |
| 2008/0207182 | A1 | 8/2008 | Maharajh et al. |
| 2008/0215620 | A1 | 9/2008 | Folgner et al. |
| 2009/0003432 | A1 | 1/2009 | Liu et al. |
| 2009/0022172 | A1 | 1/2009 | Haberman et al. |
| 2009/0031424 | A1 | 1/2009 | Ganesan et al. |
| 2009/0037211 | A1 | 2/2009 | McGill et al. |
| 2009/0063280 | A1 | 3/2009 | Wurster et al. |
| 2009/0089846 | A1 | 4/2009 | Wang et al. |
| 2009/0094634 | A1 | 4/2009 | Haberman et al. |
| 2009/0147840 | A1 | 6/2009 | Sahdra et al. |
| 2009/0150941 | A1 | 6/2009 | Riedl et al. |
| 2009/0172197 | A1 | 7/2009 | Kalaboukis et al. |
| 2009/0182593 | A1 | 7/2009 | Whitmore |
| 2009/0216790 | A1 | 8/2009 | Dexter |
| 2009/0217316 | A1 | 8/2009 | Gupta |
| 2009/0254572 | A1 | 10/2009 | Redlich et al. |
| 2009/0257435 | A1 | 10/2009 | Karlsson et al. |
| 2009/0259941 | A1 | 10/2009 | Kennedy, Jr. |
| 2009/0282077 | A1 | 11/2009 | Thomas |
| 2009/0287841 | A1 | 11/2009 | Chapweske et al. |
| 2009/0296827 | A1 | 12/2009 | Karaoguz et al. |
| 2009/0300145 | A1 | 12/2009 | Musayev et al. |
| 2009/0320063 | A1 | 12/2009 | Barrett |
| 2009/0327896 | A1 | 12/2009 | Pall et al. |
| 2010/0057926 | A1 | 3/2010 | Cao et al. |
| 2010/0070608 | A1 | 3/2010 | Hosur |
| 2010/0070996 | A1 | 3/2010 | Liao et al. |
| 2010/0095121 | A1 | 4/2010 | Shetty et al. |
| 2010/0100742 | A1 | 4/2010 | Courington et al. |
| 2010/0107200 | A1 | 4/2010 | Drang et al. |
| 2010/0114943 | A1 | 5/2010 | Fu et al. |
| 2010/0118973 | A1 | 5/2010 | Rodriguez et al. |
| 2010/0122286 | A1 | 5/2010 | Begeja et al. |
| 2010/0129057 | A1 | 5/2010 | Kulkarni |
| 2010/0138892 | A1 | 6/2010 | Meuninck et al. |
| 2010/0161425 | A1 | 6/2010 | Sideman |
| 2010/0169303 | A1* | 7/2010 | Biderman .......... H04N 7/17318 707/723 |
| 2010/0179987 | A1 | 7/2010 | Sebastian et al. |
| 2010/0189131 | A1 | 7/2010 | Branam et al. |
| 2010/0205049 | A1 | 8/2010 | Long et al. |
| 2010/0235438 | A1 | 9/2010 | Narayanan et al. |
| 2010/0318672 | A1 | 12/2010 | Bouazizi |
| 2011/0029999 | A1 | 2/2011 | Foti |
| 2011/0058792 | A1 | 3/2011 | Towner et al. |
| 2011/0066703 | A1 | 3/2011 | Kaplan et al. |

## US 9,762,639 B2

Page 3

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2011/0071911 A1 | 3/2011 | Tung et al. |
| 2011/0082924 A1 | 4/2011 | Gopalakrishnan |
| 2011/0161181 A1 | 6/2011 | Esteve Asensio et al. |
| 2011/0197219 A1 | 8/2011 | Ross |
| 2011/0231660 A1 | 9/2011 | Kanungo |
| 2011/0238507 A1 | 9/2011 | Ben-Rubi |
| 2011/0246603 A1 | 10/2011 | Lee |
| 2011/0246659 A1 | 10/2011 | Bouazizi |
| 2011/0252082 A1 | 10/2011 | Cobb et al. |
| 2011/0264506 A1* | 10/2011 | Grant ................. G06F 17/30864 705/14.39 |
| 2011/0287748 A1 | 11/2011 | Angel et al. |
| 2012/0005312 A1 | 1/2012 | McGowan et al. |
| 2012/0005313 A1 | 1/2012 | McGowan et al. |
| 2012/0023253 A1 | 1/2012 | Rhyu et al. |
| 2012/0047542 A1* | 2/2012 | Lewis ............. H04N 21/44016 725/97 |
| 2012/0110117 A1* | 5/2012 | Koreeda ............. H04L 65/4084 709/217 |
| 2012/0134355 A1 | 5/2012 | Vendrow et al. |
| 2012/0137015 A1 | 5/2012 | Sun |
| 2012/0167132 A1 | 6/2012 | Mathews et al. |
| 2012/0179788 A1* | 7/2012 | McGowan ....... H04N 21/44222 709/219 |
| 2012/0185530 A1 | 7/2012 | Reza |
| 2012/0185608 A1 | 7/2012 | McGowan et al. |
| 2012/0197419 A1 | 8/2012 | Dhruv et al. |
| 2012/0198492 A1 | 8/2012 | Dhruv et al. |
| 2012/0224592 A1 | 9/2012 | Henry et al. |
| 2012/0233345 A1 | 9/2012 | Hannuksela |
| 2012/0265892 A1 | 10/2012 | Ma et al. |
| 2012/0272262 A1 | 10/2012 | Alexander et al. |
| 2013/0007799 A1 | 1/2013 | Sandoval |
| 2013/0080268 A1* | 3/2013 | Gordon ................. G06Q 30/02 705/14.73 |
| 2013/0080579 A1* | 3/2013 | Gordon ................. H04L 65/608 709/217 |
| 2013/0083859 A1* | 4/2013 | Nemiroff ......... H04N 21/4305 375/240.25 |
| 2013/0110978 A1 | 5/2013 | Gordon et al. |
| 2013/0219428 A1 | 8/2013 | Jennings et al. |
| 2013/0254346 A1 | 9/2013 | McGowan |
| 2013/0268961 A1 | 10/2013 | Miles et al. |
| 2013/0317919 A1 | 11/2013 | Raman et al. |
| 2014/0150019 A1 | 5/2014 | Ma et al. |
| 2014/0189139 A1 | 7/2014 | Cheng et al. |
| 2014/0316899 A1 | 10/2014 | McGowan et al. |
| 2014/0351383 A1 | 11/2014 | Wan et al. |
| 2014/0372624 A1 | 12/2014 | Wang et al. |
| 2015/0095461 A1 | 4/2015 | McGowan et al. |
| 2015/0095511 A1 | 4/2015 | McGowan et al. |
| 2016/0119397 A1 | 4/2016 | Johnson |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2010/202741 B1 | 12/2010 |
| AU | 2013240558 | 4/2016 |
| CN | 101282478 A | 10/2008 |
| GB | 2462732 B | 11/2010 |
| GB | 2514519 A | 11/2014 |
| GB | 2514027 A | 12/2014 |
| GB | 2515683 | 12/2014 |
| WO | 2010/025686 A1 | 3/2010 |
| WO | 2011/009205 A1 | 1/2011 |
| WO | 2011/039617 A1 | 4/2011 |
| WO | 2012/175145 A1 | 12/2012 |
| WO | 2013/101814 A1 | 7/2013 |
| WO | 2013/101841 A1 | 7/2013 |
| WO | 2013/148003 A1 | 10/2013 |
| WO | 2015/047959 A1 | 4/2015 |

OTHER PUBLICATIONS

Australian Patent Office, Examiner's First Report on Patent Application No. 2010202741 for Unicorn Media, Inc., dated Aug. 9, 2010, 4 pages.
International Search Report and Written Opinion of PCT/US2014/013724,mailed May 27, 2014, all pages.
International Preliminary Report on Patentability for PCT/US2014/013724, issued Aug. 18, 2015, all pages.
International Search Report and Written Opinion for PCT/US2014/017945 mailed May 14, 2014, 10 pages.
International Preliminary Report on Patentability for PCT/US2014/017945 mailed Sep. 8, 2015, all pages.
International Search Report and Written Opinioin of PCT/US2013/023181, mailed on May 8, 2013, 91 pages.
International Preliminary Report on Patentability for PCT/US2013/023181, mailed Oct. 9, 2014, 6 pages.
International Search Report and Written Opinion for PCT/US2013/025180, mailed on Jun. 5, 2013, 105 pages.
International Preliminary Report on Patentability for PCT/US2013/025180 mailed Oct. 9, 2014, all pages.
International Search Report and Written Opinion for PCT/US2013/056823 mailed Dec. 9, 2014, 10 pages.
International Search Report and Written Opinion for PCT/US2012/071629 mailed May 4, 2013, 11 pages.
International Preliminary Report on Patentability for PCT/US2012/071629, mailed Jul. 10, 2014, 8 pages.
International Search Report and Written Opinion for PCT/US2012/071669 mailed on Apr. 5, 2013, 74 pages.
International Preliminary Report on Patentability for PCT/US2012/071669, mailed Jul. 10, 2014, 7 pages.
Ben Atallah, S., et al., "Dynamic Configuration of Multimedia Applications," IFIP International Federation for Information Processing, 2003, 18 pages.
DVB Organization: "TM-IPI-2552r12-CDS-Specification_clean. doc", DVB, Digital Video Broadcasting, c/o EBU-17A Ancienne Route—CH-1218 Grand Saconnex, Geneva—Switzerland, Sep. 11, 2008, XP017811009, sections 3.1-3.2, section 4; p. 20, section 4.2.2.2, section 4.2.4, section 5.2.5.
Gabin, F. et al. "3GPP Mobile Multimedia Streaming Standards [Standards in a Nutshell]", IEEE Signal Processing Magazine, IEEE Service Center, Piscataway, NJ, US, vol. 27, No. 6, Nov. 1, 2010, pp. 134-138, XP011317684, ISSN: 1053-5888, p. 135-p. 137.
Prangl, M. et al. "Towards QoS Improvements of TCP-Based Media Delivery," Networking and Services, 2008, ICNS 2008: Fourth International Conference on IEEE, Piscataway, NJ, USA, Mar. 16, 2008, 6 pages.
SDK Compatibility Guide, "Overview of SDK-Based Development", Nov. 15, 2010, Apple Inc., 2 pages, https://developer.apple.com/library/mac/documentation/DeveloperTools/Conceptual/cross_development/Overview/overview.html.
U.S. Appl. No. 14/086,801, filed Nov. 21, 2013, Preinterview first office action mailed Feb. 20, 2014, 15 pages.
U.S. Appl. No. 14/086,801, filed Nov. 21, 2013, Non-Final Rejection action mailed Jul. 9, 2014, 15 pages.
U.S. Appl. No. 14/086,801, filed Nov. 21, 2013, Final Rejection mailed Oct. 24, 2014, 20 pages.
U.S. Appl. No. 14/086,801, filed Nov. 21, 2013, Non-Final Rejection mailed Apr. 8, 2015, 28 pages.
U.S. Appl. No. 14/086,801, filed Nov. 21, 2013, Notice of Allowance mailed Jul. 22, 2015, 31 pages.
U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Final Office Action mailed on Aug. 18, 2016, all pages.
U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Non-Final Office Action mailed on Jan. 14, 2016, all pages.
U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Non-Final Office Action mailed on Mar. 12, 2015, all pages.
U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Non-Final Office Action mailed Jul. 10, 2014, 22 pages.

**US 9,762,639 B2**

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Final Office Action mailed on Oct. 15, 2013, 13 pages.

U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Final Office Action mailed on May 30, 2013, 12 pages.

U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Non-Final Office Action mailed on Jul. 25, 2012, 10 pages.

U.S. Appl. No. 13/339,680, filed Dec. 29, 2011, Non-Final Office Action mailed on Mar. 7, 2012, 14 pages.

U.S. Appl. No. 13/430,081, filed Mar. 26, 2012, Notice of Allowance mailed Jun. 22, 2012, 19 pages.

U.S. Appl. No. 13/624,029, filed Sep. 21, 2012, Non-Final Office Action mailed Feb. 5, 2013, 10 pages.

U.S. Appl. No. 13/624,029, filed Sep. 21, 2012, Notice of Allowance mailed May 30, 2013, 13 pages.

U.S. Appl. No. 13/245,372, filed Sep. 26, 2011, Non-Final Office Action mailed Jan. 26, 2012, all pages.

U.S. Appl. No. 13/245,372, filed Sep. 26, 2011, Non-Final Office Action mailed Sep. 5, 2012, all pages.

U.S. Appl. No. 13/245,372, filed Sep. 26, 2011, Final Office Action mailed Aug. 21, 2013, all pages.

U.S. Appl. No. 13/245,372, filed Sep. 26, 2011, Non-Final Office Action mailed Jun. 4, 2015, all pages.

U.S. Appl. No. 13/245,372, filed Sep. 26, 2011, Non-Final Office Action mailed Dec. 10, 2015, all pages.

U.S. Appl. No. 13/245,372, filed Sep. 26, 2011, Final Office Action mailed Apr. 27, 2016, all pages.

U.S. Appl. No. 12/976,883, filed Dec. 22, 2010, Non-Final Office Action mailed Jul. 7, 2011, all pages.

U.S. Appl. No. 12/976,883, filed Dec. 22, 2010, Final Rejection mailed Dec. 20, 2011, all pages.

* cited by examiner





**FIG. 1**

FIG. 2



FIG. 3

FIG. 4

U.S. Patent          Sep. 12, 2017          Sheet 5 of 8          US 9,762,639 B2



**FIG. 5**

U.S. Patent          Sep. 12, 2017          Sheet 6 of 8          US 9,762,639 B2



605

Receive a stream of data representing live media content

615

Obtain timing information of the stream of data

625

Receive a request to stream the live media content

635

Create a manifest file where:
- The manifest file includes information for streaming one or more segments of live media content via the data communications network,
- The manifest file also includes information for streaming one or more segments of a media file, distinct from the live media content, and
- The manifest file further includes offset information for streaming the one or more segments of the media file

645

Send the manifest file

600

**FIG. 6**



705

Receive a request for a segment of media that includes offset
information for the segment of media

715

Determine one or more files to use for creating the segment of media,
based on the request for the segment of media

725

Obtain the one or more files from a data storage

735

Create the segment of media from the one or more files by providing at
least one timestamp for the segment of media based on the offset
information included in the request for the segment of media

745

Send the segment of media

700

**FIG. 7**



**FIG. 8**

US 9,762,639 B2

**1**

# DYNAMIC MANIFEST GENERATION BASED ON CLIENT IDENTITY

This application is a continuation-in-part of co-pending, commonly assigned U.S. patent application Ser. No. 14/918, 368, filed Oct. 20, 2015, entitled "DYNAMIC CHUNK MANIPULATION FOR STREAMING MIXED MEDIA: APPLICATION PROGRAMMING INTERFACE," which is a continuation of commonly assigned U.S. patent application Ser. No. 14/086,801, filed Nov. 21, 2013, entitled "DYNAMIC CHUNK MANIPULATION FOR STREAMING MIXED LIVE AND ON-DEMAND MEDIA: APPLICATION PROGRAMMING INTERFACE," which issued as U.S. Pat. No. 9,197,688, on Nov. 24, 2015, which claims the benefit of commonly assigned U.S. Provisional Application No. 61/884,709, entitled "DYNAMIC CHUNK MANIPULATION FOR STREAMING MIXED LIVE AND ON-DEMAND MEDIA," filed Sep. 30, 2013. The above-listed applications are hereby incorporated by reference in their entirety for all purposes.

This application is also a continuation-in-part of co-pending, commonly assigned U.S. patent application Ser. No. 13/339,680, filed Dec. 29, 2011, entitled "MULTI-PLATFORM MEDIA SYNDICATION CUSTOMIZATION," which is a continuation-in-part of commonly assigned U.S. patent application Ser. No. 13/245,372, filed Sep. 26, 2011, entitled "SINGLE-URL CONTENT DELIVERY." The above-listed applications are hereby incorporated by reference in their entirety for all purposes.

This application is also a continuation-in-part of co-pending, commonly assigned U.S. patent application Ser. No. 13/791,789, filed Mar. 8, 2013, entitled "DYNAMIC CHUNKING FOR DELIVERY INSTANCES," which is a continuation-in-part of commonly assigned U.S. patent application Ser. No. 13/624,029, filed Sep. 21, 2012, entitled "DYNAMIC CHUNKING FOR DELIVERY INSTANCES," which issued as U.S. Pat. No. 8,645,504, on Feb. 4, 2014, which is a continuation of commonly assigned U.S. patent application Ser. No. 13/430,081, filed Mar. 26, 2012, entitled "DYNAMIC CHUNKING FOR DELIVERY INSTANCES," which issued as U.S. Pat. No. 8,301,733, on Oct. 30, 2012, which is a continuation-in-part commonly assigned U.S. patent application Ser. No. 12/976,883, filed Dec. 22, 2010, entitled "DYNAMIC CHUNKING FOR MEDIA STREAMING," which issued as U.S. Pat. No. 8,145,782, on Mar. 27, 2012, which claims priority to Australian Patent Application Serial No. 2010202741, filed Jun. 30, 2010, entitled "DYNAMIC CHUNKING FOR MEDIA STREAMING." The above-listed applications are hereby incorporated by reference in their entirety for all purposes.

Additionally, application Ser. No. 14/086,822, filed Nov. 21, 2013, entitled "DYNAMIC CHUNK MANIPULATION FOR STREAMING MIXED LIVE AND ON-DEMAND MEDIA: DYNAMIC PERMUTATION LAYER" which issued as U.S. Pat. No. 9,332,047, on May 3, 2016 is incorporated by reference into this application for all purposes.

## BACKGROUND OF THE INVENTION

The delivery of media over data networks such as the Internet is in high demand. This is due, in large part, to much of the media being advertisement ("ad") supported. This even applies to streamed live content.

The insertion of ads and other on-demand content into a stream of live content can be difficult. The unpredictable

**2**

nature of live content can result in corresponding unpredictability of points in the live content at which ads may be shown. Furthermore, because live content can be generated for hours, weeks, or longer, the timestamps associated with live will not be synchronized with the timestamps of ads (or other on-demand content) inserted into the stream of live content. This can cause problems for some clients during playback.

## BRIEF SUMMARY OF THE INVENTION

Techniques disclosed herein provide for dynamically rewriting the timestamps in streams of media that transition from one source to another (such as from live content to on-demand content, and vice versa). Embodiments can coordinate the creation of a client manifest with the dynamic creation of a requested segment of media (i.e., "chunk") to determine how to rewrite timestamps of requested chunks are continuous through the transition.

An example method of providing media streaming via a data communications network, according to the disclosure, includes receiving a stream of data representing live media content, obtaining timing information of the stream of data, and receiving, via the data communications network, a request to stream the live media content. The method further includes creating, with a processing unit, a manifest file where the manifest file includes information for streaming one or more segments of the live media content via the data communications network, the manifest file also includes information for streaming one or more segments of a media file, distinct from the live media content, and the manifest file further includes offset information for streaming the one or more segments of the media file, the offset information based on the timing information of the stream of data. The method further includes sending, via the data communications network, the manifest file.

The method of providing media streaming via a data communications network can include one or more of the following features. The method can include providing an application programming interface (API), where request to stream the live media content is received via the API. Creating the manifest file further can include providing, in the manifest file, an indication of a discontinuity in the stream of the live media content. The method can also include determining a type of client associated with the request to stream the live media content, where providing the indication of the discontinuity is based on the determination of the type of client. Obtaining the timing information of the stream of data can include sending a request for the timing information, and receiving a response to the request, the response including the timing information. The method can also include receiving an indication of a period of time in the live media content designated for advertising, where sending the request for the timing information is based on the receipt of the indication of the period of time in the live media content designated for advertising. The timing information of the stream of data can include one or more timestamps associated with one or more segments of the stream of data.

An example server for providing media streaming via a data communications network, according to the disclosure, includes a communications interface, a memory, and a processing unit coupled to the communications interface and the memory. The processing unit is configured to cause the server to receive a stream of data representing live media content, obtain timing information of the stream of data, and receive, via the communications interface, a request to

US 9,762,639 B2

3

stream the live media content. The processing unit is further configured to create a manifest file where the manifest file includes information for streaming one or more segments of the live media content via the data communications network, the manifest file also includes information for streaming one or more segments of a media file, distinct from the live media content, and the manifest file further includes offset information for streaming the one or more segments of the media file, the offset information based on the timing information of the stream of data. The processing unit is also configured to send, via the communications interface, the manifest file.

The server for providing media streaming via a data communications network can include one or more of the following features. The processing unit can be further configured to cause the server to provide an application programming interface (API), wherein request to stream the live media content is received via the API. The processing unit can be configured to cause the server to create the manifest file by providing, in the manifest file, an indication of a discontinuity in the stream of the live media content. The processing unit can be further configured to cause the server to determine a type of client associated with the request to stream the live media content where providing the indication of the discontinuity is based on the determination of the type of client. The processing unit can be configured to cause the server to obtain the timing information of the stream of data by sending a request for the timing information, and receiving a response to the request, the response including the timing information. The processing unit can be further configured to cause the server to receive an indication of a period of time in the live media content designated for advertising where sending the request for the timing information is based on the receipt of the indication of the period of time in the live media content designated for advertising. The timing information of the stream of data can include one or more timestamps associated with one or more segments of the stream of data.

An example non-transitory computer-readable medium, according to the disclosure, has instructions embedded thereon for providing media streaming via a data communications network. The instructions, when executed by a computer, cause the computer to perform functions including: receiving a stream of data representing live media content, obtaining timing information of the stream of data, and receiving a request to stream the live media content. The functions further include creating a manifest file, where the manifest file includes information for streaming one or more segments of the live media content via the data communications network, the manifest file also includes information for streaming one or more segments of a media file, distinct from the live media content, and the manifest file further includes offset information for streaming the one or more segments of the media file, the offset information based on the timing information of the stream of data. The functions also include sending the manifest file.

The computer-readable medium can include one or more of the following features. The computer-readable medium can include instructions for causing the computer to provide an application programming interface (API), wherein request to stream the live media content is received via the API. The instructions for creating the manifest file can further include instructions for providing, in the manifest file, an indication of a discontinuity in the stream of the live media content. The computer-readable medium can include instructions for causing the computer to determine a type of client associated with the request to stream the live media

4

content, where providing the indication of the discontinuity is based on the determination of the type of client. The instructions for obtaining the timing information of the stream of data can further include instructions for causing the computer to send a request for the timing information, and receive a response to the request, the response including the timing information. The computer-readable medium can include instructions for causing the computer to receive an indication of a period of time in the live media content designated for advertising where sending the request for the timing information is based on the receipt of the indication of the period of time in the live media content designated for advertising.

Items and/or techniques described herein may provide one or more of the following capabilities, as well as other capabilities not mentioned. Techniques allow for a client to transition from one source of streaming media to another without incurring errors due to inconsistencies in the timestamps of chunks between the two sources of media. Techniques can be dynamically executed on the fly and customized for each client. These and other embodiments, along with many of its advantages and features, are described in more detail in conjunction with the text below and attached figures.

BRIEF DESCRIPTION OF THE DRAWINGS

The present disclosure is described in conjunction with the appended figures:

FIG. 1 is a block diagram illustrating a media servicing system, according to some embodiments of the present invention.

FIG. 2 is a functional block diagram illustrating a system configured to provide dynamic chunk manipulation according one embodiment.

FIG. 3 is a functional block diagram of a system, similar to the system of FIG. 2, incorporating ad server(s).

FIG. 4 is a simplified block diagram illustrating an example of how timestamps can be rewritten.

FIG. 5 is a swim-lane diagram illustrating example interactions between a client, API, and DPL.

FIG. 6 is a simplified flow chart illustrating an example method of providing a manifest file in accordance techniques described herein.

FIG. 7 is a simplified flow chart illustrating an example method of creating media chunks using offset information included in a request, in accordance with techniques described herein.

FIG. 8 illustrates an embodiment of a computer system.

In the appended figures, similar components and/or features may have the same reference label. Further, various components of the same type may be distinguished by following the reference label by a dash and a second label that distinguishes among the similar components. If only the first reference label is used in the specification, the description is applicable to any one of the similar components having the same first reference label irrespective of the second reference label.

DETAILED DESCRIPTION OF THE INVENTION

The ensuing description provides preferred exemplary embodiment(s) only, and is not intended to limit the scope, applicability or configuration of the disclosure. Rather, the ensuing description of the preferred exemplary embodiment(s) will provide those skilled in the art with an enabling

US 9,762,639 B2

5

description for implementing various embodiments of the invention. It is understood that various changes may be made in the function and arrangement of elements without departing from the spirit and scope as set forth in the appended claims.

The terms "ad" and "advertisement," including alternate forms thereof, refer to marketing content distinct from user-requested media content. Although the techniques described herein discuss obtaining and providing advertising data, they also can be applied to data for content other than advertising, such as other on-demand content. Furthermore, although techniques described herein are often provided in the context of video streaming, they can be applied to other forms of media content (e.g., audio streaming) as well. A person of ordinary skill in the art will recognize many alternate applications.

It can be noted that, although embodiments disclosed herein describe techniques as implemented by a cloud-hosted integrated multi-node pipelining system (CHIMPS), embodiments are not so limited. Other systems may be configured to implement the techniques disclosed.

The increased availability of media content over data communications networks such as the Internet has mirrored the increased bandwidth for these networks. Because media has recently taken a more prominent role in data communications, the distribution of media and the data associated with such distribution has become increasingly important, particularly to media content providers. Much of this media is ad-supported, allowing media content providers to receive advertising revenue from media content, while often allowing end users to consume the media content free of charge.

Advertisements are often stored and maintained separate from the primary media content. The distribution of ad-supported media via the Internet can therefore involve a variety of entities. FIG. 1 is a block diagram illustrating a media servicing system **100**, according to some embodiments of the present invention. The system may deliver media content to a client **145**, executed by an end user device **140** providing media playback to an end user. The client **145** can be, for example, a media player, browser, or other application adapted to request and/or play media files. The media content can be provided via a network such as the Internet **170** and/or other data communications networks, such as a distribution network for television content. The end user device **140** can be one of any number of devices configured to receive media over the Internet **170**, such as a mobile phone, tablet, personal computer, portable media device, set-top box, video game system, etc. Although only one client **145** and one end user device **140** are shown in FIG. **1**, it will be understood that the media servicing system **100** can provide media to many (hundreds, thousands, millions, etc.) of clients **145** on many (hundreds, thousands, millions, etc.) of end user devices **140**.

For on-demand content (e.g., requested media that is stored in its entirety), a media file provided by one or more media providers **130** can be processed and indexed by cloud-hosted integrated multi-node pipelining system (CHIMPS) **110**. The media file may be stored on media file delivery service provider (MFDSP) **150**, such as a content delivery network, media streaming service provider, cloud data services provider, or other third-party media file delivery service provider. Additionally or alternatively, the CHIMPS **110** may also be adapted to store the media file. On-demand content can be provided to the client **145** via progressive downloading and/or streaming.

For purposes of this disclosure, advertising content can be considered a form of on-demand content that is distributed

6

much the same way. (As previously mentioned, techniques for interleaving live and on-demand content apply not only to inserting ads into live content, but can apply to inserting any form of on-demand content, including non-advertisement content as well.) Rather than media providers, however, ad content can come from ad networks **160**. Furthermore, the ad networks **160** may determine what ads to provide at a given point in time for a given client **145** by implementing business rules.

For live content (e.g., requested content that is sent to one or more end user devices **140** as it is received from media provider(s) **130**, that is, in real time or near-real time, depending on processing times and/or other buffer times), a similar process can take place. For example, media provider(s) **130** can provide a media stream (e.g., live video), which is processed and indexed by the CHIMPS **110**. Encoded segments of the media stream can be stored as files (i.e., "chunks"), on the media file delivery service provider (MFDSP) **150** and/or the CHIMPS **110**. Embodiments may have a delay from the time the media stream is received to the time the associated content is stored and available for streaming to the one or more end user devices **140**. The delay can be due to transcoding and/or other types of processing for making the received media stream available for downloading. This delay can create a buffer period of time in which one or more of the techniques described herein can take place, such as processing cue tones and/or placing ads in the content. (These techniques are described in greater detail below.)

Both on-demand and live content can utilize any of a variety of forms of streaming media. One such method is chunk-based media streaming in which a media file or live stream is processed into smaller chunks and stored (e.g., in a server of the CHIMPS **110** or Media File Delivery Service Provider **150**) for serving to a client **145**. The client **145** can make a URL request to the CHIMPS **110**, which can provide a manifest file (also known as an index file) indicating the locations of each of the chunks of media using, for example, Uniform Resource Indicators (URIs) (e.g., Universal Resource Locators (URLs)) or other indicators. The client **145** can then use the information in the manifest file to stream the media content, following one location after the other to download each chunk of media. The client may sequentially request and receive multiple manifest files to stream requested media content. This is especially true for live media, where the live stream might still be received and processed by the CHIMPS **110** when the client makes the request for the manifest file. Additional detail regarding such chunking and indexing, as well as techniques for dynamically creating chunks and manifest files, can be found in U.S. Pat. No. 8,327,013 entitled "Dynamic Index File Creation for Media Streaming" and U.S. Pat. No. 8,145,782, entitled "Dynamic Chunking For Media Streaming," both of which are incorporated by reference herein in their entirety.

The CHIMPS **110** can further manage the processing and syndication of media (live or on-demand) received from the media provider(s) **130**. For example, the CHIMPS **110** can provide transcoding and other services to enable media provided by the media provider(s) to be distributed in a variety of formats to a variety of different device types in a variety of locations. Furthermore, the CHIMPS **110** can provide feedback to the media provider(s) **130** regarding the media's syndication, including user behavior during media playback. For example, the CHIMPS **110** can provide a media provider **130** with information indicating that end users tend to stop watching a video at a certain point in playback, or that users tend to follow links associated with certain advertisements

US 9,762,639 B2

7                                                                  8

displayed during playback. With this data, media provider(s) **130** can adjust factors such as media content, advertisement placement and content, etc., to increase revenue associated with the media content and provide the end user device **140** with a more desirable playback experience. Additionally or alternatively, the CHIMPS **110** can dynamically provide a customized playback experience on the end user device **140** according to aspects of the context associated with the content at the time of the request, aspects of the content request itself, or both. It can be noted that although embodiments herein may utilize media files and live streams explicitly, other embodiments may utilized other forms of media assets, such as dynamic web pages, and may incorporate multiple media elements, including players, user interface components, user controls and control components, images, and other media content, objects, or types. Additionally, it can be noted that various functions, operations, processes, or other aspects that are described in this example, and other examples, as being performed by or attributable to the CHIMPS **110** can be performed by another system operating in conjunction with the CHIMPS **110**, loosely or tightly synchronized with the CHIMPS **110**, or independently; for example, collecting data from other digital services to be combined and reported with data collected by the CHIMPS **110** can, in some implementations, be performed by a system other than the CHIMPS **110**. Additional detail regarding the functionality of the CHIMPS **110** can be found in U.S. Pat. No. 8,301,733, entitled "Dynamic Chunking for Delivery Instances," which is incorporated by reference herein in its entirety.

A content owner **120** can utilize one or more media provider(s) **130** to distribute media content owned by the content owner **120**. For example, a content owner **120** could be a movie studio that licenses distribution of certain media through various media providers **130** such as television networks, Internet media streaming websites and other on-demand media providers, media conglomerates, and the like. In some configurations, the content owner **120** also can operate as a media provider **130**.

The content owner **120** and/or media provider(s) **130** can enter into an agreement with one or more ad network(s) **160** to provide advertisements to numerous clients **145** on numerous end user devices **140**. In this manner, the ad network(s) **160** allow companies to show advertisements to end users viewing the media content from the media provider(s) **130**. Because ad network(s) **160** can maintain advertisements and/or advertisement data separate from media content, the advertisements can be updated and—as previously indicated—subject to business rules such that, two users viewing the same media content at different times and/or in different locations may see different advertisements.

Advertisements may be inserted directly into content consumed by the client, depending on the streaming techniques utilized. In such cases, a Live Advertising Processing Engine Service (APES) can be utilized to provide the client with advanced functionality for advertising during the consumption of live content by a client. Additional details regarding Live APES can be can be found in U.S. patent application Ser. No. 14/069,961 entitled "Live Advertising Processing Engine Service," which is incorporated by reference herein in its entirety.

The insertion of ads directly into content consumed by the client can cause playback issues in at least some types of clients. One such issue can arise from the mismatch between timestamps of the live media (e.g., presentation timestamp (PTS) values) and those of the ad. Some clients will incur playback errors when encountering such mismatches. Techniques disclosed herein can provide for dynamically re-writing timestamps for on-demand (e.g., ad) content into stream of live content, which can prevent these playback errors from occurring.

Although embodiments provided herein discuss dynamically re-writing timestamps for inserting on-demand media into live content, embodiments are not so limited. Principles provided herein can be extended to embodiments that insert live content into on-demand media, a first on-demand media into a second on-demand media, first live content into second live content, and so forth. A person of ordinary skill in the art will recognize many substitutions, additions, omissions, and other variations to the embodiments provided herein.

FIG. **2** is a functional block diagram illustrating a system **200** configured to provide dynamic chunk manipulation, including timestamp rewriting techniques provided herein, according one embodiment. The system **200** can comprise a client **145**, MFDSP **150**, application programming interface (API) **260**, dynamic permutation layer (DPL) **270** origin **240**, transcode module **230**, clock **250**, ingest module **220**, and encoder **210**, and one or more ad servers **310**. As shown, these components can be executed by and/or incorporated into larger systems, such as the end user device **140**, CHIMPS **110**, and/or media provider(s) **130** as shown in FIG. **1**. In other embodiments, however, the illustrated components may be incorporated differently into a larger system and/or may be stand-alone components. Furthermore, other embodiments may combine, separate, add, omit, substitute, and/or modify components of the system **200**, while providing the same overall functionality as described herein. A person of ordinary skill in the art will recognize many substitutions, additions, omissions, and other variations to the embodiments provided herein.

In this embodiment, a live stream is provided by the encoder **210** in chunks (i.e., segments), each of which can each have a PTS value and/or other timing information as dictated by the encoder. Because live media can vary widely in duration, PTS values for the live stream can vary correspondingly. To help keep track of PTS values of the live stream received by the ingest module **220**, a local clock **250** can be used. For example, a "source manifest" can be created by recording the times at which chunks (having unique PTS values) of the live stream are received from the live stream source (i.e., the encoder **210**). This source manifest can then be used by other components, such as the API **260**, to determine which chunk was received at a given local time.

Ingested chunks are then provided to the transcode module **230**, which transcodes the chunks into various formats according to a variety of different media profiles. Media profiles can determine bit rate, resolution, frame rate, and other media characteristics that can accommodate the various types of networks, clients, and/or end user devices used to stream the live content. For example, chunks with lower bit rates are generally used to stream the live content to an end user device **140** that has a poor network connection or low-resolution display, whereas chunks with higher bit rates are generally used to stream the live content to an end user device **140** that has a good network connection or high-resolution display.

The various chunks are stored in the origin **240**. The origin **240** can be a data storage comprising one or more physical storage devices, which can be distributed geographically, and may be local to and/or remote from the transcode module **230** and/or DPL, depending on desired

US 9,762,639 B2

9

functionality. The origin 240 can further store and/or manage an "origin manifest" that records information regarding the available media profiles of the stored chunks and their corresponding PTS values. Thus, together with the source manifest, the origin manifest can be used to track the time at which each chunk of the live stream is received and determine the available media profiles of the corresponding chunks stored in the origin 240.

The client 145 can request to stream content of the live stream from the API 260 by, for example, following a URL received from the media provider(s) 130. (This URL, or other URI, may be provided to the media provider(s) 130 by the CHIMPS 110, indicating an Internet location at which the live stream may be accessed.) The API 260, upon receiving the client's request, can create a client manifest (also known as an index file), comprising a list of links (e.g., URLs) to chunks of the live content. Once it receives the client manifest from the API 260, the client 145 can request the chunks from the MFDSP 150. If a chunk is not already cached at the MFDSP 150, the chunk request can be relayed to the DPL, which can dynamically create the requested chunk (e.g., at runtime) by retrieving one or more corresponding chunks stored at the origin 240, relaying it back to the MFDSP 150, which can then provide the requested chunk to the client 145. Because the DPL can create requested chunks on the fly, the requested chunks can be customized according to each request. For example, although chunks stored at the origin 240 may comprise a five-second segment of the live content, a client may request a 20-second chunk, in which case the DPL 270 can retrieve a plurality of five-second chunks from the origin corresponding to the requested 20-second chunk and dynamically create the requested chunk and provide the requested chunk to the MFDSP 150. (Additional detail regarding such chunking can be found in U.S. Pat. No. 8,145,782, which is incorporated herein above.) Because the API 260 creates the client manifest used by the client 145 to request chunks, it is the API 260 that determines which chunks are requested and when. The API 260 can therefore craft client manifests to dictate at what point in the live content clients will begin streaming and the length of the chunks each client requests.

This ability to dynamically create both client manifests and requested chunks can also enable the system 200 to rewrite timestamps on the requested chunks to help ensure a client 145 receives a stream of chunks with continuous time stamps when streaming live content containing interleaved on-demand content, such as advertisements.

FIG. 3 illustrates how a system 300, similar to the system 200 of FIG. 2, can incorporate ad server(s) 310 to determine which ads to insert into a stream of live content. Here, the ad server(s) 310 can be maintained by one or more ad network(s) 160, which may have an agreement with the media provider(s) 130 regarding which ads to run during an ad break of a live stream. In some embodiments, the DPL 270 may communicate with the ad server(s) 310 to obtain the ad content for the ads to run.

A typical live stream can consist of continuous data including one or more "content" segments (e.g. a sporting event, a news report, etc.), followed by a first advertising "break" during which advertising is intended to be shown. After the first advertising break, there can be a second set of one or more content segments, a second advertising break, and so forth. Advertising breaks can be determined by the media provider(s) 130 and indicated by "cue tones," which are analog or digital signals which indicate in a first form that a break is about to begin. Cue tones can also indicate in a second form that the break is about to end. These cue tones

10

can occur at any point in the stream, and in many circumstances the timing of the breaks is not known before the live stream is initiated.

The API 260 can determine when advertisements are needed (e.g., by receiving a cue tone) and generate a manifest file accordingly. As previously indicated, the processing of a live stream (e.g., ingest and transcode) can take time, causing a buffer period between when a live stream is ingested to when the live content is provided to the client. This buffer period can provide the API 260 with enough time to determine that a cue tone has been detected at a certain point in the live stream and generate the client manifest which inserts advertisements at corresponding points in the live content provided to the client 145. Ad server(s) 310 can indicate to the API 260 which ad(s) to insert and, optionally, provide additional metadata regarding the ad(s). The ad content may also be provided by the ad server(s) 310 and previously stored as chunks at the origin 240 and/or other data storage, enabling the DPL 270 to dynamically manipulate requested ad chunks.

In some embodiments, when the API 260 determines an ad is to be inserted into live content provided to the client 145, it can request timing information from the DPL 270 for a corresponding chunk, such as a PTS value. The API 260 can therefore determine what PTS value corresponds to the point in the live stream at which an ad is to be inserted, and include offset information in the client manifest. When using the client manifest to request a chunk, the request provided by the client 145 to the MFDSP 150 (relayed to the DPL 270) can include metadata, including the offset information, signaling to the DPL 270 to rewrite the timestamps of the requested ad chunks so that the chunks provided to the client have continuous timestamps, despite changes between the live content and ad chunks.

FIG. 4 is a simplified block diagram provided to help illustrate an example of how timestamps can be rewritten. In this illustration, the chunks of the live stream 410 have PTS (timestamp) values of 11111, 11112, etc. Cue tones associated with the live stream may be received, indicating to the API 260 a starting point 412 and ending point 413 for an advertisement. To replace the chunks of live content 415 between the starting point 412 and ending point 413 with ad chunks 420 (or other on-demand content), the API 260 can request information from the DPL 270 regarding the PTS value of the chunk 411 before the starting point 412, for example. (In other embodiments, the API 260 may receive timing information regarding other chunks.)

Using this timing information, the API 260 can create a client manifest with URLs that include offset information in parameter strings that reflects this timing information. For example, the offset information can include an indication of the PTS value and/or an indication of a number by which ad chunks 420 should be offset to match the PTS values of the live stream 410. When these URLs are used by the client 145 to request ad chunks from the DPL 270 (via the MFDSP 150), the DPL 270 can then determine, from the parameter strings, the offset information. The DPL 270 can then, each time an ad chunk is requested, retrieve the ad chunk from the origin 240, dynamically offset the ad chunks according to the offset information (as shown by chunk sequence 430) and provide the requested chunk to the client 145 (via the MFDSP 150). This ultimately results in the client 145 receiving a mixed stream of chunks 440 with continuous timestamps that includes both live and on-demand (e.g., ad) content.

It can be noted that the example provided in FIG. 4 is a simplified one. In practice, systems may employ variations

US 9,762,639 B2

11

on this basic technique to accommodate different scenarios. For example, ad chunks 420 may differ in length the chunks of the live stream 410. However, because the DPL 270 is able to dynamically create requested chunks from the ad chunks 420, it is also able to provide chunks of a requested length. The API 260 can ensure that the client manifest provided to the client 145 indicates the proper length of requested chunks so that they match the chunk length of the live stream 410.

Also, although an ending point 413 in the example of FIG. 4 is known at the time the API 260 creates the corresponding client manifest, this may not always be the case. Depending on ad break length, client manifest size, buffer times, and/or other factors, the client manifest may not include a transition back from ad content to live content. However, this information may simply be provided in a subsequent client manifest.

Additionally, although the example of FIG. 4 suggests matching PTS values of chunks of a live stream 410 as received from an encoder 210, this may not always be the case. PTS values may be modified (or replaced entirely) when transcoded by the transcode module 230. However, because the DPL 270 can provide timing information regarding the transcoded chunks as they are stored in the origin 240, this is not an issue. The chunks of the live stream 410 with modified PTS values are provided to the client 145, and the timestamp values of the ad chunks 420 are rewritten to match these modified PTS values.

In some embodiments, the API 260 may additionally include a discontinuity tag (or other indicator) in the client manifest to flag the transition from live to on-demand content (and/or vice versa). This can indicate to the client 145 to clear their video buffer, enabling the client 145 to make the transition without any playback errors. Because some clients may require the discontinuity tag while others may not, the API 260 can first determine the type of client 145 consuming the live content and provide a discontinuity tag if the determined client is of a type that would need such a tag.

FIG. 5 is a swim-lane diagram illustrating example interactions between a client, API, and DPL, such as the client 145, API 260, and DPL 270 illustrated in FIGS. 2 and 3. As with all other figures provided herein, FIG. 5 is provided as a non-limiting example. Embodiments of the invention may employ entities other than the client, API, and/or DPL, and/or may add, omit, substitute and/or otherwise alter the interactions illustrated in FIG. 5.

At block 505, the API receives an indication to insert an ad into a live content. The indication can be, for example, a cue tone in and/or related to a live stream of media and/or an indication that such a cue tone has been detected by another component (e.g., an ingest module). As described in previous embodiments, the API may maintain and/or have access to a database, list, or other data structure, enabling the API to determine a time in the live media an ad break in the live content begins.

At block 510, the API requests timing information from the DPL, and the request is received at block 515. Timing information can include information regarding the PTS value of a chunk and/or other information that can be used to determine an offset needed to ensure continuity in the timestamps of chunks when transitioning to and from live content to ad content. The timing information is provided by the DPL at block 520 and received at block 525.

At block 530 the client request a client manifest. Due to the nature of live content, which is being received and processed by a CHIMPS or other system at the same (or

12

substantially the same) time it is being sent to the client, the client manifest typically contains only a portion of the live content available. Thus, in order to consume all or a larger portion of the live content, a client can request multiple client manifests in succession, requesting a new client manifest when the live content corresponding to a previous manifest is or soon will be completely consumed. Thus, the client manifest requested by the client at block 530 may be one of a series of client manifests requested by the client over a period of time while consuming the live content.

At block 535, the request for the client manifest is received by the API. Because the DPL is capable of dynamically manipulating chunks to accommodate chunk requests, the API can provide URLs (or other URIs) in the client manifest with parameter strings and/or other information that can be relayed to the DPL to dictate how the DPL manipulates the chunks that are ultimately provided to the client. Thus, the API can utilize the timing information received at block 525 to provide offset information in the client manifest to cause the DPL to rewrite timestamps of ad chunks inserted into the live content to ensure the timestamps received by the client are continuous. At block 545, the API can then return client manifest based on the timing information, which is received by the client at block 550.

Optionally, the API may insert a discontinuity tag into the client manifest, as shown at block 540. The location of the discontinuity tag may vary, depending on factors such as the streaming protocol and/or format of the client manifest. In some embodiments, for example, the discontinuity tag may simply be placed in between URLs on a sequential list of URLs in the client manifest that correspond to chunks to be consumed by a client. Thus, for transitions from live content to ad content, the discontinuity tag can follow URLs for chunks of live content and precede URLs for chunks of ad content. Depending on the needs of the client a discontinuity tag may additionally or alternatively be used in the transition back from ad content to live content, in a similar manner.

At block 555, the client uses the client manifest at block 550 to send a request for live chunk(s) (i.e., chunks of live content) from the DPL, which is received by the DPL at block 560. The DPL then prepares the live chunk(s), as detailed herein above, and returns the live chunk(s) at block 565, which are received by the client at block 570. (It will be understood that, where multiple chunks are requested, the process shown in blocks 555-570 is repeated for each chunk. That is, the client sends a separate request for each chunk requested.)

At block 575 the client uses the client manifest to send a request for ad chunk(s) (i.e., chunks of ad content) from the DPL, which is received by the DPL at block 580. (Again, It will be understood that, where multiple chunks are requested, the process shown in blocks 575-595 is repeated for each requested ad chunk.) Here, each chunk request can include offset information provided in the client manifest to indicate to the DPL how the timestamps should be rewritten to ensure the timestamps of the ad chunks provided to the client are continuous with the timestamps of the live chunks previously received by the client at block 570. At block 585, the DPL normalizes ad chunks accordingly, using the offset information to rewrite the timestamps of the ad chunks. At block 590 the DPL returns the normalized ad chunks, which are received by the client at block 595.

It can be noted that the manifest file provided by the API can accommodate various other scenarios. For example, a manifest file may cause the client to initially request ad chunk(s), rather than live chunk(s).

US 9,762,639 B2

13

FIG. **6** is a simplified flow chart illustrating an example method **600** of providing a manifest file in accordance with the techniques described above. The method **600** can be implemented, for example, by an API **260** and/or other components shown in FIGS. **2** and **3** above. As with all other figures provided herein, FIG. **6** is provided as an example and is not limiting. Various blocks may be combined, separated, and/or otherwise modified, depending on desired functionality. Furthermore, different blocks may be executed by different components of a system and/or different systems. Such systems can include the computer system, described herein below with regard to FIG. **8**.

At block **605**, a stream of data representing live media content is received. The stream of data can include a live stream received by an encoder of a media provider, and may be processed according to previously-described techniques.

At block **615**, timing information of the stream of data is obtained. The timing information can include a PTS value or other information sufficient to determine offset information for timestamps of chunks of on-demand content inserted into the live media content.

At block **625** a request to stream the live media content is received. A request can include, for example, a request for a manifest file (e.g., a "client manifest" as described above).

The manifest file is created at block **635**. Here, the manifest file includes information for streaming one or more segments of live media content via a data communications network, such as the Internet. Such information can include, for example, a list of URLs that can be used to request chunks of the live media content. The manifest file also includes information for streaming one or more segments of a media file, distinct from the live media content. The media file can include, for example, an advertisement or other on-demand content with timestamps that differ from the timestamps of the live media content. The manifest file further includes offset information for streaming the one or more segments of the media file. This offset information can be embedded in or otherwise associated with the URLs themselves, and can relay offset information to an entity, such as a DPL, when used by a client. Finally, the manifest file is sent at block **645**.

FIG. **7** is a simplified flow chart illustrating an example method **700** of creating media chunks using offset information included in a request, in accordance with the techniques described above. The method **700** can be implemented, for example, by a DPL **270** and/or other components shown in FIGS. **2** and **3** above. Different blocks may be executed by different components of a system and/or different systems. Such systems can include the computer system, described herein below with regard to FIG. **8**.

At block **705**, a request for a segment of media is received. The request includes offset information for the requested segment of media. As indicated above, the offset information can be any information that enables the timestamp of a requested chunk (i.e., segment of media) to be rewritten, allowing for continuity in the timestamps of chunks of the media being streamed.

Block **715** includes determining one or more files to use for creating the segment of media, based on the request for the segment of media. As described above, chunks may be dynamically crafted to accommodate requests. Because the contents (e.g., start/end times, lengths, etc.) of requested chunks may vary from the content of files (e.g., stored chunks) used to create the requested chunks, more than one files may be used to create the requested chunk.

14

At block **725**, the one or more files are obtained from a data storage. The files may be stored at a local system, or may be retrieved from a remote system, such as an advertisement server, for example.

Block **735** includes creating the segment of media from the one or more files by providing at least one timestamp for the segment of media based on the offset information. Rewriting timestamps in this manner allows for continuity in the timestamps of chunks of the media being streamed when transitioning from one type of media (e.g., live) to another (e.g., on-demand). The segment of media is then sent at block **745**.

Techniques described herein can be used in conjunction with those described in U.S. patent application Ser. No. 13/339,680 (incorporated by reference above) to provide multi-platform media syndication customization.

Techniques described herein can be used in conjunction with those described in U.S. patent application Ser. No. 13/791,789 (incorporated by reference above) to provide dynamic chunking for delivery instances.

FIG. **8** illustrates an embodiment of a computer system **800**, which may be configured to execute various components described herein using any combination of hardware and/or software. For example, one or more computer systems **800** can be configured to execute components of the CHIMPS **110** shown in systems **200** and **300** if FIGS. **2** and **3**, including the API **260** and DPL **270**, as well as the encoder **210**, end user device **140**, and/or other components of the systems described in relation to FIGS. **1-3**. FIG. **8** provides a schematic illustration of one embodiment of a computer system **800** that can perform the methods provided by various other embodiments, such as the methods described in relation to FIGS. **5-7**. It should be noted that FIG. **8** is meant only to provide a generalized illustration of various components, any or all of which may be utilized as appropriate. FIG. **8**, therefore, broadly illustrates how individual system elements may be implemented in a relatively separated or relatively more integrated manner. In addition, it can be noted that components illustrated by FIG. **8** can be localized to a single device and/or distributed among different networked devices, which may be disposed at different physical locations.

The computer system **800** is shown comprising hardware elements that can be electrically coupled via a bus **805** (or may otherwise be in communication, as appropriate). The hardware elements may include processing unit(s) **810**, which can include without limitation one or more general-purpose processors, one or more special-purpose processors (such as digital signal processors, graphics acceleration processors, and/or the like), and/or other processing structure, which can be configured to perform one or more of the methods described herein, including the methods described in relation to FIGS. **5-7**, by, for example, executing commands stored in a memory. The computer system **800** also can include one or more input devices **815**, which can include without limitation a mouse, a keyboard, and/or the like; and one or more output devices **820**, which can include without limitation a display device, a printer, and/or the like.

The computer system **800** may further include (and/or be in communication with) one or more non-transitory storage devices **825**, which can comprise, without limitation, local and/or network accessible storage. This can include, without limitation, a disk drive, a drive array, an optical storage device, a solid-state storage device, such as a random access memory ("RAM"), and/or a read-only memory ("ROM"), which can be programmable, flash-updateable, and/or the like. Such storage devices may be configured to implement

US 9,762,639 B2

15

any appropriate data stores, including without limitation, various file systems, database structures, and/or the like.

The computer system **800** can also include a communications interface **830**, which can include wireless and wired communication technologies. Accordingly, the communications interface can include a modem, a network card (wireless or wired), an infrared communication device, a wireless communication device, and/or a chipset (such as a Bluetooth™ device, an IEEE 802.11 device, an IEEE 802.15.4 device, a WiFi device, a WiMax device, cellular communication facilities, UWB interface, etc.), and/or the like. The communications interface **830** can therefore permit the computer system **800** to be exchanged with other devices and components of a network.

In many embodiments, the computer system **800** will further comprise a working memory **835**, which can include a RAM or ROM device, as described above. Software elements, shown as being located within the working memory **835**, can include an operating system **840**, device drivers, executable libraries, and/or other code, such as one or more application programs **845**, which may comprise computer programs provided by various embodiments, and/or may be designed to implement methods, and/or configure systems, provided by other embodiments, as described herein. Merely by way of example, one or more procedures described with respect to the method(s) discussed above, such as the methods described in relation to FIGS. **5-7**, might be implemented as code and/or instructions executable by a computer (and/or a processing unit within a computer); in an aspect, then, such code and/or instructions can be used to configure and/or adapt a general purpose computer (or other device) to perform one or more operations in accordance with the described methods.

A set of these instructions and/or code might be stored on a non-transitory computer-readable storage medium, such as the storage device(s) **825** described above. In some cases, the storage medium might be incorporated within a computer system, such as computer system **800**. In other embodiments, the storage medium might be separate from a computer system (e.g., a removable medium, such as an optical disc), and/or provided in an installation package, such that the storage medium can be used to program, configure, and/or adapt a general purpose computer with the instructions/code stored thereon. These instructions might take the form of executable code, which is executable by the computer system **800** and/or might take the form of source and/or installable code, which, upon compilation and/or installation on the computer system **800** (e.g., using any of a variety of generally available compilers, installation programs, compression/decompression utilities, etc.), then takes the form of executable code.

It will be apparent to those skilled in the art that substantial variations may be made in accordance with specific requirements. For example, customized hardware might also be used, and/or particular elements might be implemented in hardware, software (including portable software, such as applets, etc.), or both. Further, connection to other computing devices such as network input/output devices may be employed.

As mentioned above, in one aspect, some embodiments may employ a computer system (such as the computer system **800**) to perform methods in accordance with various embodiments of the invention. According to a set of embodiments, some or all of the procedures of such methods are performed by the computer system **800** in response to processing unit(s) **810** executing one or more sequences of one or more instructions (which might be incorporated into

16

the operating system **840** and/or other code, such as an application program **845**) contained in the working memory **835**. Such instructions may be read into the working memory **835** from another computer-readable medium, such as one or more of the storage device(s) **825**. Merely by way of example, execution of the sequences of instructions contained in the working memory **835** might cause the processing unit(s) **810** to perform one or more procedures of the methods described herein. Additionally or alternatively, portions of the methods described herein may be executed through specialized hardware.

It should be noted that the methods, systems, and devices discussed above are intended merely to be examples. It must be stressed that various embodiments may omit, substitute, or add various procedures or components as appropriate. For instance, it should be appreciated that, in alternative embodiments, the methods may be performed in an order different from that described, and that various steps may be added, omitted, or combined. Also, features described with respect to certain embodiments may be combined in various other embodiments. Different aspects and elements of the embodiments may be combined in a similar manner. Also, it should be emphasized that technology evolves and, thus, many of the elements are examples and should not be interpreted to limit the scope of the invention.

Terms, "and" and "or" as used herein, may include a variety of meanings that also is expected to depend at least in part upon the context in which such terms are used. Typically, "or" if used to associate a list, such as A, B, or C, is intended to mean A, B, and C, here used in the inclusive sense, as well as A, B, or C, here used in the exclusive sense. In addition, the term "one or more" as used herein may be used to describe any feature, structure, or characteristic in the singular or may be used to describe some combination of features, structures, or characteristics. However, it should be noted that this is merely an illustrative example and claimed subject matter is not limited to this example. Furthermore, the term "at least one of" if used to associate a list, such as A, B, or C, can be interpreted to mean any combination of A, B, and/or C, such as A, AB, AA, AAB, AABBCCC, etc.

Having described several embodiments, it will be recognized by those of skill in the art that various modifications, alternative constructions, and equivalents may be used without departing from the spirit of the invention. For example, the above elements may merely be a component of a larger system, wherein other rules may take precedence over or otherwise modify the application of the invention. Also, a number of steps may be undertaken before, during, or after the above elements are considered. Accordingly, the above description should not be taken as limiting the scope of the invention.

What is claimed is:

**1**. A server for streaming media via a data communications network, the server comprising:

a network interface for communicating with the data communications network;

a memory; and

a processor communicatively coupled with the memory and the network interface, the processor further configured to cause the server to:

receive, via the network interface, a universal source locator (URL) in a first request from a first client, wherein the URL includes information indicative of a requested media source;

determine an identity of the first client;

determine a first device type based on the identity of the first client;

US 9,762,639 B2

17                                                                18

based at least in part on the determination of the first device type, generate a first manifest having information for streaming one or more segments of the requested media source in accordance with a first chunking protocol via the data communications network;

sending, via the network interface, the first manifest to the first client;

receive, via the network interface, the URL in a second request from a second client;

determine an identity of the second client, the identity of the second client different from the identity of the first client;

determine a second device type based on the identity of the second client, the second device type different from the first device type;

generate a second manifest having information for streaming the one or more segments of the requested media source in accordance with a second chunking protocol via the data communications network, wherein content of the second manifest is different from content of the first manifest; and

send, via the network interface, the second manifest to the second client.

2. The server for streaming media via the data communications network as recited in claim 1, wherein the processor is configured to cause the server to determine a network type associated with the identity of the first client, wherein either or both of a format or content of the first manifest further is based, at least in part, on the network type.

3. The server for streaming media via the data communications network as recited in claim 2, wherein the processor is configured to cause the server to include, in the first manifest, information indicative of a set of bitrates for streaming the requested media source, wherein the set of bitrates is based, at least in part, on either or both of the identity of the first client and the network type.

4. The server for streaming media via the data communications network as recited in claim 3, wherein the processor is configured to cause the server to include, in the first manifest, information indicative of an initial bitrate of the set of bitrates for streaming the requested media source, wherein the initial bitrate is based, at least in part, on either or both of the identity of the first client and the network type.

5. The server for streaming media via the data communications network as recited in claim 1, wherein the processor is configured to cause the server to:

receive, via the network interface, data regarding the requested media source, wherein the data includes information indicative of at least one point, during playback of the requested media source, at which at least one other media source is to be shown;

receive, via the network interface, information regarding the at least one other media source; and

configure either or both of the first manifest and the second manifest such that the at least one other media source is shown at the at least one point during the playback of the requested media source.

6. The server for streaming media via the data communications network as recited in claim 5, wherein the processor is configured to cause the server to configure either or both of the first manifest and the second manifest to include at least one beaconing URL which, when used, is indicative of playback of the at least one other media source.

7. The server for streaming media via the data communications network as recited in claim 1, wherein the processor is configured to cause the server to include in either or

both of the first manifest and the second manifest, at least one beaconing URL which, when used, indicates a certain point has been reached in playback of the requested media source.

8. A method of streaming media via a data communications network, the method comprising:

receiving a universal source locator (URL) in a first request from a first client, wherein the URL includes information indicative of a requested media source;

determining an identity of the first client;

determining a first device type based on the identity of the first client;

based at least in part on the determination of the first device type, generating, with a processor, a first manifest having information for streaming one or more segments of the requested media source in accordance with a first chunking protocol via the data communications network;

sending the first manifest to the first client;

receiving the URL in a second request from a second client;

determining an identity of the second client, the identity of the second client different from the identity of the first client;

determining a second device type based on the identity of the second client, the second device type different from the first device type;

based at least in part on the determination of the second device type, generating, with the processor, a second manifest having information for streaming the one or more segments of the requested media source in accordance with a second chunking protocol via the data communications network, wherein content of the second manifest is different from content of the first manifest; and

sending the second manifest to the second client.

9. The method of streaming media via the data communications network as recited in claim 8, further comprising determining a network type associated with the identity of the first client, wherein either or both of a format or content of the first manifest is further based, at least in part, on the network type.

10. The method of streaming media via the data communications network as recited in claim 9, wherein the network type includes mobile wireless network or wired network.

11. The method of streaming media via the data communications network as recited in claim 9, further comprising including, in the first manifest, information indicative of a set of bitrates for streaming the requested media source, wherein the set of bitrates is based, at least in part, on either or both of the identity of the first client and the network type.

12. The method of streaming media via the data communications network as recited in claim 11, further comprising including information, in the first manifest, indicative of an initial bitrate of the set of bitrates for streaming the requested media source, wherein the initial bitrate is based, at least in part, on either or both of the identity of the first client and the network type.

13. The method of streaming media via the data communications network as recited in claim 8, further comprising:

receiving data regarding the requested media source, wherein the data includes information indicative of at least one point, during playback of the requested media source, at which at least one other media source is to be shown;

receiving information regarding the at least one other media source; and

US 9,762,639 B2

19

20

including, in either or both of the first manifest and the second manifest, information for streaming one or more segments of the at least one other media source at the at least one point during the playback of the requested media source.

**14**. The method of streaming media via the data communications network as recited in claim **13**, wherein either or both of the first manifest and the second manifest include at least one beaconing URL which, when used, is indicative of playback of at least one advertisement.

**15**. The method of streaming media via the data communications network as recited in claim **8**, wherein either or both of the first manifest and the second manifest include at least one beaconing URL which, when used, is indicative of a certain point has been reached in playback of the requested media source.

**16**. The method of streaming media via the data communications network as recited in claim **8**, wherein either or both of the first manifest and the second manifest include at least one URL indicative of a request for an additional manifest.

**17**. The method of streaming media via the data communications network as recited in claim **8**, wherein either or both of the first manifest and the second manifest include at least one URL indicative of a request for content of the requested media source.

**18**. A non-transitory computer-readable medium having instructions embedded thereon for streaming media via a data communications network, the instructions including computer code for:

receiving a universal source locator (URL) in a first request from a first client, wherein the URL includes information indicative of a requested media source;

determining an identity of the first client;

determining a first device type based on the identity of the first client;

based at least in part on the determination of the first device type, generating a first manifest having information for streaming one or more segments of the requested media source in accordance with a first chunking protocol via the data communications network;

sending the first manifest to the first client;

receiving the URL in a second request from a second client;

determining an identity of the second client, the identity of the second client different from the identity of the first client;

determining a second device type based on the identity of the second client, the second device type different from the first device type;

based at least in part on the determination of the second device type, generating a second manifest having information for streaming the one or more segments of the requested media source in accordance with a second chunking protocol via the data communications network, wherein content of the second manifest is different from content of the first manifest; and

sending the second manifest to the second client.

**19**. The non-transitory computer-readable medium as recited in claim **18**, wherein the instructions further comprise computer code for including information in the first manifest indicative of an initial bitrate of a set of bitrates for streaming the requested media source, wherein the initial bitrate is based, at least in part, on either or both of the identity of the first client and a network type.

**20**. The non-transitory computer-readable medium as recited in claim **18**, wherein the instructions further comprise computer code for:

receiving data regarding the requested media source, wherein the data includes information indicative of at least one point, during playback of the requested media source, at which at least one other media source is to be shown;

receiving information regarding the at least one other media source; and

including, in either or both of the first manifest and the second manifest, information for streaming one or more segments of the at least one other media source at the at least one point during the playback of the requested media source.

*   *   *   *   *