# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADEIA TECHNOLOGIES, INC., ADEIA GUIDES INC. AND ADEIA MEDIA HOLDINGS LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC.,<br><br>      Defendants. | C.A. No. 24-1231-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 25, 2025, true and correct copies of (1) *Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-92)* and (2) this *Notice of Service* were served on the following counsel via electronic mail:

| | |
|---|---|
| Bradley W. Caldwell<br>Jason D. Cassady<br>John Austin Curry<br>Brian D. Johnston<br>CALDWELL CASSADY & CURRY PC<br>2121 N Pearl St., Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>bjohnston@caldwellcc.com | Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>FARNAN LLP<br>919 N. Market St., 12 Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |

RLF1 32949723v.1

|  |  |
|---|---|
| OF COUNSEL: | /s/ *Gabriela Z. Monasterio* <br> Robert W. Whetzel (#2288) <br> Jason J. Rawnsley (#5379) |
| Ryan K. Yagura <br> Xin-Yi Zhou <br> Laura Burson <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 19th Floor <br> Los Angeles, CA 90071 <br> Tel: (213) 430-6000 <br> ryagura@omm.com <br> vzhou@omm.com <br> lburson@omm.com | Gabriela Z. Monasterio (#7240) <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 North King Street <br> Wilmington, DE 19801 <br> Tel: (302) 651-7700 <br> whetzel@rlf.com <br> rawnsley@rlf.com <br> monasterio@rlf.com |

OF COUNSEL:

Ryan K. Yagura
Xin-Yi Zhou
Laura Burson
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
ryagura@omm.com
vzhou@omm.com
lburson@omm.com

Bradley M. Berg
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Tel: (949) 823-6900
bmberg@omm.com

Patric Reinbold
Khanh Leon
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
preinbold@omm.com
kleon@omm.com

Dated: July 21, 2025

/s/ *Gabriela Z. Monasterio*
Robert W. Whetzel (#2288)
Jason J. Rawnsley (#5379)
Gabriela Z. Monasterio (#7240)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
whetzel@rlf.com
rawnsley@rlf.com
monasterio@rlf.com

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc.*