# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADEIA TECHNOLOGIES, INC., ADEIA GUIDES INC. and ADEIA MEDIA HOLDINGS INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC and ESPN, INC., <br><br> Defendants. | Case No. 24-cv-1231-MN |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties' deadline to substantially complete document production was September 19, 2025, *see* D.I. 25 ¶ 7(b);

WHEREAS, the parties have conferred regarding extending that deadline and the deadline to supplement the identification of accused products;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline to substantially complete document production is extended to October 3, 2025. It is further agreed that the deadline for Plaintiffs to supplement the identification of accused products is extended to November 3, 2025.

1

Dated: September 30, 2025

**FARNAN LLP**

*/s/Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12 Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Brian D. Johnston
Caldwell Cassady & Curry PC
2121 N Pearl St., Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
bjohnston@caldwellcc.com

*Attorneys for Plaintiffs Adeia Technologies Inc., Adeia Guides Inc., and Adeia Media Holdings Inc.*

Respectfully submitted,

**RICHARDS LAYTON & FINGER, P.A.**

*/s/Jason J. Rawnsley*
Robert W. Whetzel (#2288)
Jason J. Rawnsley (#5379)
Gabriela Z. Monasterio (#7240)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
rawnsley@rlf.com
monasterio@rlf.com

Ryan K. Yagura
Xin-Yi Zhou
Laura Burson
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430-6000
ryagura@omm.com
vzhou@omm.com
lburson@omm.com
Brad Berg
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
bmberg@omm.com

Khanh Leon
Patric Reinbold
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
kleon@omm.com
preinbold@omm.com

*Attorneys for Defendants*

**IT IS SO ORDERED** this ___ day of _____, 2025.

_____
The Honorable Maryellen Noreika
United States District Judge