# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADEIA TECHNOLOGIES, INC., ADEIA GUIDES INC. and ADEIA MEDIA HOLDINGS INC.,<br><br>  Plaintiffs,<br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC.,<br><br>  Defendant. | C.A. No. 24-cv-1231-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 15, 2025, a copy of Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories (Nos. 17-20) was served on the following as indicated:

<u>Via E-Mail</u>
Robert W. Whetzel
Jason J. Rawnsley
Gabriela Z. Monasterio
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
whetzel@rlf.com
rawnsley@rlf.com
monasterio@rlf.com

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc.*

<u>Via E-Mail</u>
Ryan K. Yagura
Xin-Yi Zhou
Laura Burson
Bradley M. Berg
O'MELVENY & MYERS LLP
ommdisneyadeia@omm.com

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc.*

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Bradley W. Caldwell (admitted *pro hac vice*)<br>Jason D. Cassady (admitted *pro hac vice*)<br>John Austin Curry (admitted *pro hac vice*)<br>Brian D. Johnston (admitted *pro hac vice*)<br>**Caldwell Cassady & Curry PC**<br>2121 N Pearl St., Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>bjohnston@caldwellcc.com<br><br>*Attorneys for Plaintiffs Adeia Technologies Inc., Adeia Guides Inc., and Adeia Media Holdings, Inc.* |