# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADEIA TECHNOLOGIES, INC., ADEIA GUIDES INC. and ADEIA MEDIA HOLDINGS INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, and ESPN, INC. <br><br> Defendants. | Civil Action No: 24-cv-1231-MN <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION AND ORDER OF DISMISSAL

The parties have reached an agreement that resolves all outstanding litigation between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' agreement, Plaintiffs Adeia Technologies, Inc., Adeia Guides Inc., and Adeia Media Holdings Inc. ("Adeia"), and Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively "Disney") hereby stipulate and agree to dismiss with prejudice all claims, counterclaims, and defenses between the parties in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: December 24, 2025 | Respectfully submitted, |
| **FARNAN LLP** | **RICHARDS LAYTON & FINGER, P.A.** |
| /s/ *Brian E. Farnan* | /s/ *Jason J. Rawnsley* |
| Brian E. Farnan (Bar No. 4089) | Robert W. Whetzel (#2288) |
| Michael J. Farnan (Bar No. 5165) | Jason J. Rawnsley (#5379) |
| 919 N. Market St., 12th Floor | Gabriela Z. Monasterio (#7240) |
| Wilmington, DE 19801 | RICHARDS, LAYTON & FINGER, P.A. |
| Tel: (302) 777-0300 | 920 North King Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | Tel: (302) 651-7700 |
| | whetzel@rlf.com |
| Bradley W. Caldwell | rawnsley@rlf.com |
| Jason D. Cassady | monasterio@rlf.com |
| John Austin Curry | |
| Brian D. Johnston | Ryan K. Yagura |
| **CALDWELL CASSADY & CURRY PC** | Xin-Yi Zhou |
| 2121 N Pearl St., Suite 1200 | Laura Burson |
| Dallas, TX 75201 | O'MELVENY & MYERS LLP |
| Telephone: (214) 888-4848 | 400 South Hope Street, Suite 1900 |
| bcaldwell@caldwellcc.com | Los Angeles, CA 90071 |
| jcassady@caldwellcc.com | Tel: (213) 430-6000 |
| acurry@caldwellcc.com | ryagura@omm.com |
| bjohnston@caldwellcc.com | vzhou@omm.com |
| | lburson@omm.com |
| *Attorneys for Plaintiffs Adeia Technologies Inc., Adeia Guides Inc., and Adeia Media Holdings Inc.* | Brad Berg |
| | O'MELVENY & MYERS LLP |
| | 610 Newport Center Drive, 17th Floor |
| | Newport Beach, CA 92660 |
| | Tel: (949) 823-6900 |
| | bmberg@omm.com |
| | |
| | Khanh Leon |
| | Patric Reinbold |
| | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | Tel: (202) 383-5300 |
| | kleon@omm.com |
| **SO ORDERED this 29th day of December 2025.** | preinbold@omm.com |
| | |
| *[signature: Maryellen Noreika]* | *Attorneys for Defendants* |
| **The Honorable Maryellen Noreika** | |
| **United States District Judge** | |

2